# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

## MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| | |
|---|---|
| 9th Circuit Case Number(s): | 15-16232 |
| District Court/Agency Case Number(s): | 3:07-cv-05923-WHA |
| District Court/Agency Location: | U.S. District Court for Northern District California, San Francisco |
| Case Name: | Veronica Gutierrez, et al. v. Wells Fargo Bank, N.A. |
| If District Court, docket entry number(s) of order(s) appealed from: | 682 |
| Name of party/parties submitting this form: | Plaintiffs-Appellants Veronica Gutierrez, Erin Walker, McCuneWright |

**Please briefly describe the dispute that gave rise to this lawsuit.**

Appellants-McCuneWright, LLP: The dispute arises from the Court's order awarding attorneys fees and costs in the amount of $2,263,471.50 to co-class counsel McCuneWright, LLP, ("McCuneWright") that does not adequately or appropriately compensate McCuneWright for the work and risk it undertook on behalf of the class in obtaining a judgment of almost $203 million.

Plaintiffs-Appellants-Class Representatives Veronica Gutierrez and Erin Walker: The dispute arises from the Court's Order awarding a service award for each of the class representatives that does not adequately or appropriately compensate them for their effort and work in representing the class and obtaining on behalf of the class the judgment of almost $203 million.

**Briefly describe the result below and the main issues on appeal.**

Appellants McCuneWright, LLP: In awarding attorney fees to McCuneWright, the Court rejected the percentage approach and elected to apply the lodestar approach; significantly reduced McCuneWright's lodestar and then provided a low multiplier to the reduced lodestar effectively providing a negative multiplier to the lodestar; invalidated the written contract McCuneWright had with co-counsel for division of the awarded fees; and issued an order prohibiting the two co-counsel firms from sharing their awards with each other. The Court then awarded McCuneWright $2,263,471.50 in attorney fees.

The main issue on appeal are:
    A. Whether the District Court abused its discretion applying the lodestar method, rather than percentage approach, in calculating attorneys fees.

B. Whether the District Court abused its discretion by significantly reducing McCuneWright's lodestar and then providing a low multiplier to the already reduced lodestar.

C. Whether the District Court exceeded its authority and/or abused its discretion by invalidating the written contract between McCuneWright, LLP, and co-counsel.

D. Whether the District Court exceeded its authority and/or abused its discretion by prohibiting co-counsel from sharing their fees with each other consistent with their written contract.

Plaintiffs-Appellants-Class Representatives Veronica Gutierrez and Erin Walker: The Court rejected the request for a service award of $10,000 to each of the named Plaintiffs and, instead, awarded each named Plaintiff $2,000.

The main issue on appeal is:

E. Whether the District Court abused its discretion by ordering a service award to each named Plaintiff of $2,000 in light of the work, risk, effort, and time spent by the class representatives on behalf of the class that resulted in the class being awarded almost $203 million following a full trial on the merits.

---

Describe any proceedings remaining below or any related proceedings in other tribunals.

Defendant Wells Fargo Bank, N.A. has filed a Petition for Certiorari with the United States Supreme Court challenging the Ninth Circuit Court of Appeal's affirming the Judgment entered by the District Court. That Petition is still pending. U.S. Supreme Court Number 14-1230.

---

Provide any other thoughts you would like to bring to the attention of the mediator.

This matter is not amenable to mediation, because the Court is the only entity that could make the changes to the Order that would enable the parties to resolve the case. As the Court cannot be a party to the mediation, and the other Parties do not have the ability to change the Order, there is no way to resolve the dispute through mediation.

---

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☒ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature: /s/ Richard D. McCune

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for: Plaintiffs-Appellants, Veronica Gutierrez, Erin Walker, McCuneWright, LLP