No.: 15-16232

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| VERONICA GUTIERREZ; ERIN WALKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs-Appellants,<br><br>McCUNEWRIGHT, LLP,<br><br>Appellant,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant-Appellee. | 9th Cir. No. 15-16232<br><br>D.C. No. 3:07-cv-05923-WHA<br>U.S. District Court for Northern District California, San Francisco<br><br>**MOTION TO VOLUNTARILY DISMISS APPEAL** |

Pursuant to Federal Rule of Appellate Procedure 42(b), Plaintiffs-Appellants Veronica Gutierrez and Erin Walker, and Appellant McCuneWright, LLP, hereby move the Court for an order dismissing the above captioned appeal.

DATED: October 28, 2015          McCUNE WRIGHT, LLP

By: */s/ Richard D. McCune*
Richard D. McCune
rdm@mccunewright.com
McCuneWright, LLP
2068 Orange Tree Lane, Suite 216
Redlands, California 92374
Telephone: 909.557.1250
Facsimile: 909.557.1275